Case 2:07-cv-05897-GPS-PLA   Document 5   Filed 09/17/2007   Page 1 of 2

Echostar Satellite L.L.C. et al v. Panarex, Inc. et al (896)                                                Doc.

Jeffrey A Rosenfeld (State Bar No. 136896)
Rachel E. K. Lowe (State Bar No. 246361)
DLA Piper US LLP
1999 Avenue of the Stars, 4th Floor
Los Angeles, CA 90067-6023
Telephone: (310) 595-3000
Facsimile: (310) 595-3300
Attorneys for Plaintiffs

LODGED
CLERK, U S DISTRICT COURT
SEP 17 2007

FILED
CLERK, U S DISTRICT COURT
SEP 17 2007
CENTRAL DISTRICT OF CALIFORNIA
                                   DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EchoStar Satellite L.L.C., EchoStar Technologies Corp., and NagraStar L.L.C.<br><br>Plaintiff(s)<br><br>v.<br><br>Panarex, Inc<br><br>Defendant(s). | CASE NUMBER<br><br>CV 07-05897 GPS (PLAx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of <u>Richard R. Olsen, Texas Bar # 24037212</u>,
*Applicant's Name*

of <u>T Wade Welch & Associates</u> for permission to appear and participate in the above-entitled
*Firm Name*

action on behalf of ✔ Plaintiff   Defendant   <u>EchoStar Corporations & NagraStar LLC</u>

and the designation of <u>Rachel E. K. Lowe</u> of <u>DLA PIPER US LLP</u>
*Local Counsel Designee*           *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated  9/18/07                                     _____
                                                   U. S. District Judge/U.S. Magistrate Judge

DOCKETED
SEP 20 2007
BY           012

# PROOF OF SERVICE BY MAIL

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is DLA PIPER US LLP, 1999 Avenue of the Stars, 4th Floor, Los Angeles, California 90067-6022, which is located in the county in which the within-mentioned mailing occurred. I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence will be deposited with the United States Postal Service on the same day in the ordinary course of business.

On September 17, 2007, I served the following document:

**ORDER OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (RICHARD R. OLSEN)**

by placing _X_ a true copy _____ the original in a separate envelope for each addressee named below, with the name and address of the person served shown on the envelope as follows:

Yong Choi
Manager
Panarex, Inc.
11672 Tuxford Street
Sun Valley, California 91352

and by sealing the envelope and placing it for collection and mailing with postage fully prepaid in accordance with ordinary business practices.

Executed on September 17, 2007, at Los Angeles, California.

[X]    (FEDERAL)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

La Verne Patane